1  JAMIE SERB, CA Bar No. 289601
   jamie@crosnerlegal.com
2  GWENDOLYNE TRENNER, SBN 316007
   nikki@crosnerlegal.com
3  ZACHARY M. CROSNER, CA Bar No. 272295
   zach@crosnerlegal.com
4  CROSNER LEGAL, PC
   9440 Santa Monica Blvd., Suite 301
5  Beverly Hills, CA  90210
   Telephone:  866-276-7637
6  Facsimile:   310-510-6429

7  Attorneys for Plaintiffs AKILA DAVENPORT
   and PEARL PALACIOS
8
   Landon R. Schwob (SBN 280908)
9    E-Mail:  lschwob@fisherphillips.com
   **FISHER & PHILLIPS LLP**
10 444 South Flower Street, Suite 1500
   Los Angeles, California 90071
11 Telephone: (213)330-4500
   Facsimile:  (213)330-4501
12
   James C. Fessenden (SBN 238663)
13   E-Mail:  jfessenden@fisherphillips.com
   Julia A. Sherwood (SBN 339716)
14   E-Mail:  jsherwood@fisherphillips.com
   Lauren M. Guggisberg (SBN 351069)
15   E-Mail: lguggisberg@fisherphillips.com
   **FISHER & PHILLIPS LLP**
16 4747 Executive Drive, Suite 1000
   San Diego, California 92121
17 Telephone: (858) 597-9600
   Facsimile:  (858) 597-9601
18
   Lirit A. King (SBN 252521)
19   E-Mail:  lking@fisherphillips.com
   **FISHER & PHILLIPS LLP**
20 21600 Oxnard Street, Suite 650
   Woodland Hills, California 91367
21 Telephone: (818) 230-4250
   Facsimile:  (818) 230-4251
22 Attorneys for Defendant, Worldwide Flight Services, Inc.

23
24
25
26
27
28

JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE PENDING DATES AND DEADLINES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKILA DAVENPORT and PEARL PALACIOS, as individuals, and on behalf of the State of California and all Class Members and all Aggrieved Employees,<br><br>Plaintiffs,<br><br>v.<br><br>WORLDWIDE FLIGHT SERVICES, INC., a Delaware Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:24-cv-10349-DSF-JPR<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE PENDING DATES AND DEADLINES**<br><br>Assigned to the Honorable Dale S. Fischer |

Plaintiffs Akila Davenport and Pearl Palacios ("Plaintiffs") and Defendants Worldwide Flight Services, Inc. ("Defendant") (collectively with Plaintiffs, the "Parties"), through their respective counsel, hereby notify the Court that the Parties have reached a settlement in principle, on a class-wide basis, of the above-entitled matter and several other overlapping and related matters.

The Parties have agreed upon the substance of a Memorandum of Understanding and expect to finalize the agreement in the very near term, but are still negotiating over certain terms. The global settlement will formally resolve this matter as well as the following cases pending against Defendant:

*Christian Solis v. Worldwide Flight Services, Inc.,* Los Angeles County Superior Court Case No. 22STCV04332 (Class and PAGA Action);

*Rene A. Sorto v. Worldwide Flight Services, Inc.,* United States District Court Central District of California Court Case Nos. 2:23-cv-08481-DSF-JPR (Class Action);

*Rene A. Sorto v. Worldwide Flight Services, Inc.,* Los Angeles County Superior Court Case No. 23STCV26018 (PAGA Action);

*Christian Fernandez v. Worldwide Flight Services, Inc.*, United States District Court Central District of California Court Case No. 2:23-cv-10435-DSF-JPR (Class and PAGA Action); and

*Ryan Crowe v. Worldwide Flight Services, Inc.*, Los Angeles County Superior Court Case No. 24STCV02184.

Additionally, nothing prevents this settlement from nullifying other cases.

Accordingly, the Parties jointly request the Court vacate all pending dates, deadlines, and hearings set for this case so that the Parties can focus their efforts on finalizing the settlement. The Parties agree to file an update on the status of the global settlement on or before December 1, 2025;

DATED:  August 4, 2025					**CROSNER LEGAL, PC**

By: */s/ Gwendolyne Trenner*
Jamie Serb
Gwendolyne N. Trenner
Zachary M. Crosner

Attorneys for Plaintiffs

DATED:  August 4, 2025					**FISHER & PHILLIPS LLP**

By: */s/ James C. Fessenden*
Landon R. Schwob
James C. Fessenden
Lirit A. King
Julia A. Sherwood
Lauren M. Guggisberg
Attorneys for Worldwide Flight Services, Inc.

Attorneys for Defendant Worldwide Flight Services, Inc.

### ATTESTATION REGARDING SIGNATURES

I, Nikki Trenner, attest that all signatories listed, and on those behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 5, 2025					*/s/ Gwendolyne Trenner*
									Gwendolyne Trenner